IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09cv227-3-W
(3:04cr267-W)

| | |
|---|---|
| JEFFREY HOPKINS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | |
| ) | **O R D E R** |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |
| _____) | |

**THIS MATTER** comes before the Court on Petitioner's Motion for Discovery (Document No. 2). Petitioner filed a Motion to Vacate on June 4, 2009. By order dated Jun 12, 2009, the undersigned dismissed Petitioner's Motion as untimely. Therefore, Petitioner's discovery motion will de denied as moot.

**IT IS HEREBY ORDERED** that Petitioner's discovery motion (Doc. No. 2) is denied as moot.

**SO ORDERED**.

Signed: June 12, 2009

_____
Frank D. Whitney
United States District Judge