# United States District Court
# For The Western District of North Carolina
# Charlotte Division

jeffrey Hopkins,

    Plaintiff(s),                    JUDGMENT IN A CIVIL CASE

vs.                                    3:09cv227

USA,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 6/12/09 Order.

Signed: June 12, 2009

Frank G. Johns, Clerk
United States District Court