IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO. 3:09CV227-03-W
(3:04CR267-V)

| | |
|---|---|
| JEFFREY A. HOPKINS, )<br>    Petitioner, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>    Respondent. )<br>_____) | **ORDER** |

**THIS MATTER** is before the Court on the Petitioner's Motion for a Certificate of Appealability, filed January 7, 2010. (Doc. No. 12.). The Court notes that Petitioner filed a Notice of Appeal/certificate of Appealability in the Fourth Circuit on November 30, 2009.[1] Additionally, the Court notes that on December 18, 2009, the Fourth Circuit sent back to Petitioner his notice of appeal noting that he did not sign the notice of appeal and directing Petitioner to sign it and file it in this Court, with a copy to the Fourth Circuit. It appears that this "second" motion for a certificate of appealability may have been re-filed in this Court in compliance with the Fourth Circuit's directive regarding Petitioner's failure to sign his initial Notice of Appeal/Certificate of Appealability. Therefore, Petitioner's Certificate of Appealability filed in this Court on January 7, 2009 is denied as moot as his initial certificate of appealability filed on November 30, 2009 is still pending in the Fourth Circuit Court of Appeals.

---

[1] The Court notes that Petitioner filed his Notice of Appeal/Certificate of Appealability on November 30, 2009 prior to the Fourth Circuit's practice to refer motions for certificate of appealability to this Court for disposition. Petitioner's initial motion for a certificate of appealability is still pending in the Fourth Circuit Court of Appeals and has not been referred to this Court for disposition by the Fourth Circuit Court of Appeals.

**THEREFORE, IT IS HEREBY ORDERED** that Petitioner's Motion for a Certificate of Appealability (Doc. No. 12) is denied as moot..

**SO ORDERED**.

Signed: January 12, 2010

Frank D. Whitney
United States District Judge