IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09cv227-W

| JEFFREY A. HOPKINS, | ) |  |
|---|---|---|
|  | ) |  |
| Petitioner, | ) |  |
|  | ) |  |
| v. | ) | **O R D E R** |
|  | ) |  |
| UNITED STATES OF AMERICA, | ) |  |
|  | ) |  |
|  | ) |  |
| Respondent. | ) |  |
|  | ) |  |

**THIS MATTER** comes before the Court upon Petitioner's motion for reconsideration of this Court's Order denying without prejudice Petitioner application to Proceed In Forma Pauperis, (Document No. 10.)

On December 30, 2009, Petitioner filed a motion to Application to Proceed In Forma Pauperis. (Doc. No. 9.) By Order dated January 5, 2010, the undersigned denied Petitioner's Application without prejudice as Petitioner did not provide the Court with a copy of his prisoner trust account statement as is required. (Doc. No. 10.) In the instant motion, Petitioner explained that his wife borrowed money to pay the filing fee for his appeal. In the meantime, Petitioner secured a copy of his prisoner trust account statement which he submits to the undersigned for review in connection with the instant motion for reconsideration. Petitioner asks that this Court, to the extent it grants his motion for reconsideration, to refund the money his wife paid for the filing fee so she can repay the lender.

An appeal to the Fourth Circuit requires a filing and docketing fee of $455.00. A review

1

of Petitioner's Application reveals that Petitioner is in prison and his wife earns approximately $3500.00 per month. However, it appears that her monthly bills are approximately equal to or exceed her income. In addition, the Application reveals that Plaintiff and his wife own their home valued at $107,000 and two vehicles; a 1997 Toyota Camry and a 2002 Toyota Corolla. A review of Petitioner's prisoner trust account statement reveals that over the past nine months Petitioner has had deposits into his account totaling $1,450.00. Of that $1450.00, $700 was deposited over the past 6 months. While the source of these deposits is not known to the Court, it is clear that Petitioner has the resources to pay the $455.00 filing fee for his appeal.[1] Consequently, Petitioner's motion for reconsideration is DENIED.

**SO ORDERED.**

Signed: February 3, 2010

Frank D. Whitney
United States District Judge

---

[1] The Court notes that in connection with his motion for reconsideration, Petitioner also asks the Court to refund $25.00 that he claims the Bureau of Prisons wrongly wired in connection with his criminal case in December 2007. The Court has directed this issue to the Court's Financial Administrator, Beth Mitchell. Any further communication regarding this specific issue should be directed to her attention.